**PROSKAUER ROSE LLP**

A NEW YORK LIMITED LIABILITY PARTNERSHIP
Marvin M. Goldstein, Managing Resident Partner

One Newark Center
Newark, NJ 07102-5211
Telephone 973.274.3200
or 212.736.8185
Fax 973.274.3299

NEW YORK
LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEW ORLEANS
PARIS

Marguerite Stenson Wynne
Attorney at Law

Direct Dial 973.274.3260
mwynne@proskauer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/05

RECEIVED
MAY 16 2005

May 16, 2005

**VIA OVERNIGHT MAIL**

Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Trustees of the Mason Tenders District Council Welfare Fund, et al.
       v. Bedrock Development, Inc. and Sean Flaherty
       05 Civ. 2137 (AKH) [ECF Case]

Dear Judge Hellerstein:

We are counsel for the plaintiffs in the above-referenced action. Enclosed is a courtesy copy of the following papers that were filed in this action on May 13, 2005, in support of plaintiffs' motion for default judgment pursuant to Fed. R. Civ. P. 55:

1.    Notice of Motion and Certificate of Service;

2.    Proposed default judgment and supporting Statement of Judgment, Affidavit with Exhibits A-C, Clerk's Certificate, and Certificate of Service.

We have received a Notice of Court Conference scheduling an initial case management and scheduling conference in this matter on June 24, 2005. In light of plaintiffs' motion for default judgment, we respectfully request that the conference be adjourned pending plaintiffs' motion.

Respectfully submitted,

Marguerite Stenson Wynne

Enclosures

*[Handwritten note:] The conference scheduled for June 24, 2005 is cancelled. 5-18-05 [signature]*